**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Brandon Lavergne
TAG 1-L-13 DOC No. 424229
Louisiana State Penitentiary
Angola LA 70712

> Judgment on rehearing rendered and mailed to all parties or counsel of record on July 24, 2024

**REHEARING ACTION: July 24, 2024**

**Docket Number: 23   00382-KH**

**STATE OF LOUISIANA**
**VERSUS**
**BRANDON LAVERGNE**

**Writ Application from Lafayette Parish Case No. 138,234**

**BEFORE JUDGES:**

   **Hon. Shannon J. Gremillion**
   **Hon. Van H. Kyzar**
   **Hon. Gary J. Ortego**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Brandon Lavergne** is:

   **REHEARING DENIED**.  *See* Uniform Rules—Courts of Appeal,
   Rule 2-18.7.

cc: Donald Dale Landry, Counsel for  the Respondent